QUINN, Respondent, v. CATLIN, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by John Quinn against Donald C. Catlin. H. E. Parker, of New York City, for appellant. H. C. Burnstine, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

QUINN v. RAWLE. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by John Quinn against Francis P. Rawle. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

REEDY ELEVATOR CO., Respondent, v. CLARKE et al., Appellants. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by the Reedy Elevator Company against Joseph F. Clarke and others. R. K. Brown, of New York City, for appellants. B. L. Kraus, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re REES. (Supreme Court, Appellate Division, First Department. November 29, 1912.) In the matter of Norman I. Rees. No opinion. Order affirmed, with costs. Order filed. See, also, 138 N. Y. Supp. 1139.

In re REES. (Supreme Court, Appellate Division, First Department. December 27, 1912.) In the matter of Norman I. Rees, deceased. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 1139.

REESE, Respondent, v. HECHT et al., Appellants. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Philip R. Reese against Emanuel Hecht and others. A. B. Keve, of New York City, for appellants. A. Ritchie, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

REMINGTON, Appellant, v. TAYLOR et al., Respondents. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Mary Remington, individually, etc., against John B. Taylor and others. A. I. Parsons, of New York City, for appellant. D. M. Cosgrove, of Watertown, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re REQUA. (Supreme Court, Appellate Division, First Department. December 13, 1912.) In the matter of Mary A. Requa. No opinion. Application denied. Memorandum per curiam. Settle order on notice.

REYNOLDS, Appellant, v. TOWNSEND et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Mabel A. Reynolds, as executrix, etc., against James M. Townsend and others. No opinion. Motion denied, without costs. See, also, 137 N. Y. Supp. 1139.

RICHARDSON, Respondent, v. RICHARDSON, Appellant. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Iva B. M. Richardson against Robert K. Richardson. J. A. Gray, of New York City, for appellant. Isaac B. Reinhardt, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RING, Appellant, v. WOOLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by William G. Ring against Cornelia F. Wooley, as executrix, etc.
PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision therein, the appeal is ordered transferred to the Appellate Division, Third Department, to be there heard and determined pursuant to section 231 of the Code of Civil Procedure.

RINTELEN, Appellant, v. SCHAEFER et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Joseph C. Rintelen against Rose D. Schaefer and others. No opinion. Motion for reargument (of 137 N. Y. Supp. 527) denied, with $10 costs.

In re ROBBINS. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) In the matter of the application of W. Vincent Robbins for admission to the bar. No opinion. Application granted.

ROBERTS, Respondent, v. STURDY, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1912.) Action by John T. Roberts against John Sturdy. No opinion. Appeal dismissed, without costs, upon stipulation filed.

ROCK ISLAND BUTTER CO., Appellant, v. ROWLAND, Respondent. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by the Rock Island Butter Company against James Rowland. C. S. Stern, of New York City, for appellant. D. McCurdy, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROSEBAULT v. FORD LEATHER CO. (Supreme Court, Appellate Division, First De-.